# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSULTICA SOFTWARE SERVICES, INC., a Canadian corporation,<br><br>Plaintiff,<br><br>v.<br><br>LOOTSIE, INC., a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>Defendants.<br><br>_____<br><br>ALL RELATED COUNTER-CLAIMS. | Case No.: CV 16-08984-SS<br><br>**ORDER DISMISSING ENTIRE ACTION AGAINST ALL PARTIES WITH PREJUDICE**<br><br>*[Filed concurrently with Joint Request for Dismissal]*<br><br>*Assigned to: Hon. Suzanne H. Segal Courtroom 590*<br><br>Complaint Filed:    September 29, 2017 |

The Court, having considered the Joint Request for Dismissal of Entire Action Against all Parties with Prejudice, stipulated to and submitted by Plaintiff/Counter-Defendant Consultica Software Services, Inc. and Defendant/Counterclaimant Lootsie, Inc., and with good cause appearing,

/ / /

**IT IS HEREBY ORDERED** that the entire action, including all claims against all parties, is dismissed with prejudice, with all parties to bear their own costs, interest, and attorneys' fees in this matter. The Court retains jurisdiction to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of the settlement agreement in this action.

**IT IS SO ORDERED.**

Dated: 2/13/19

/S/
Honorable Suzanne H. Segal
United States District Court Judge

2
**ORDER DISMISSING ENTIRE ACTION**

**Central District of California Case No. SACV 16-08984-SS**

Service of the attached document was accomplished pursuant to Central District of California, Order Authorizing Electronic Filing, General Order No. 08-03 and Local Rule 5.3-3, which provide in part: "Upon the electronic filing of a document, a Notice of Electronic Filing (NEF) is automatically generated by the CM/ECF system and sent by e-mail to all attorneys in the case who are registered as CM/ECF Users and have consented to electronic service. Service by this electronic NEF constitutes service pursuant to the Federal Rules of Civil and Criminal Procedure for all attorneys who have consented to electronic service."

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on February 12, 2019, at Newport Beach, California.

By: /s/ Nicholas D. Myers
Nicholas D. Myers